In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-128 CR


____________________



PATRICK ANTHONY BROWN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 92810






 MEMORANDUM OPINION 


 Appellant Patrick Anthony Brown pled no contest to burglary of a habitation pursuant
to a plea bargain agreement. The trial court deferred finding Brown guilty and placed him
on probation for two years. Subsequently, the State filed a motion to revoke probation,
which alleged that Brown failed to provide verification that he performed the required
community service hours and failed to pay court-assessed fees. The trial court revoked
Brown's probation, adjudicated him guilty, and sentenced him to twenty years of
confinement. 

 Brown's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On August 3, 2006, we granted an extension of time for Brown to file a pro se brief. 
We received no response from Brown.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment.

 AFFIRMED.



 ____________________________ 
 DAVID GAULTNEY

 Justice


Submitted on November 28, 2006

Opinion Delivered December 6, 2006

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.